If you could speak in terms of the sort of business we have, any cross-versions with respect to the English representatives. And so, I'm always worried about that. And if you could speak to the merits of doing this in person, Thank you very much. I would certainly do my best to appreciate that. So, one of the things, one of the steps you need to do here is, in the search course order, if you want to see all the great procedures that we do in general, just read that. Those integrations are required to sign the proposal. Then, we'll do it in this way. It says, First of all, you need to have integrations that have sounded, excuse the interrupted pronunciation, but are about the opposite way around. It is, however it says in the order, by the order of the representative, by the total number of members, who are not English speakers, in this order that you are on. And, you need to show that you're an English speaker. I mean, I've personally never spoken with an English-speaking audience. I think that's why that's much different. I was wondering if that's what you're talking about, that these people, these people who represent the board, really need that. Is this just a requirement to re-post tomorrow? I mean, do you think we don't, I think that English speakers here, and also do silence and smile, and, you know, it's a challenge for English speakers. The question, I think, is, are there no results? As we say here, no one will know the result until later. However, of course, you can use the G only way time-wise, but that's not the point. The curriculum is closed. So, I don't know if you may have any requested or prospective teaching students. I just want to be quite clear here. I mean, I'm actually a teacher, so I really, I really appreciate the opportunity to make a suggestion, but I do not see that I'm a successful university board, and I do try to support it, but teaching, it would possibly, of course, should occur in the short order, say, two years, a week, and that's it. That might be the more forceful recommendation, but I do want to clarify, you know, for the student, if the student is a potential student, some of that, that would be my request and support. I don't, you know, that's not what I'm looking for, so I'm not sure. I mean, I think it's, it's a final point, and I think there's definitely a lot of things. I, I think there's, there's, there's, there's, there's, there's probably a longer period of time that students have either had the experience or just in the 70s, or sometimes in the 70s, sometimes in the 60s, sometimes in the 50s, any age group is a very, very key platform or beginning point to assist students in getting the assistant degrees that the student would have if they were in the Habermas Program. That is an interesting concept. My next presentation has been 854, 854. And 854, it's, two, two stans, two logos. It's a cute, neat, cute, little message. That maybe there are certainly other Middle Eastern groups that are relied upon by the faculty. Of course, students seem to be the students that function better as a center, and that should be important for appropriate decisions made, which are, by all cases, a good point to make. In both of those cases, there's also, importantly, that it seems very clear that a student's health may be more of a part of a student's environment than it really was something that was primarily built in. And all that fire that we've seen in college, and in law, and in governance, were something that the truth of the people deserves to have done. Of course, they don't want to leave. And, what might be their own worst case scenario for this, which is, you know, you're not trying to disperse anyone, but you're simply seeing what's really being created. So, what I mean here is that it's exactly, you know, it's true that most of the great scientists have done that work. And, I mean, there's a lot of people that have come to me and asked questions about environmental policy. And, I want to say, it's true that students work hard to maximize the rights of those firms, for enjoyment, for             many, many, many more of them than we have. We are not doing that. I can't even imagine what that would look like. We     We are not doing that. We are not doing that. We are not doing that. We are not doing that. We    that.    just doing that. Our mind gap is not existing. I have said a million times and I do         I need to do this. Our mind gap is not existing. I need to do           I need to do this. I need to do this. I need to do this. I need to do this. I need to do this. But   get off to bed.      talk to our health officers. We don't have an alcohol exemption. And there's no way that you can get a health exemption. And there's no way  you can get a health exemption. And there's no way that you can get a health exemption. And there's no way that you can get a health exemption.  there's       exemption. And there is no way that you can get a health exemption. And there's no way that you can get a   There's no way that we can get a health  health exemption. There's no way that we can get a health exemption.   way that we can get a health exemption. There's no can get a health  There's no way that The question is compliance versus compensation and the meaning of sacred situations. And then, if you have a sacred situation, the question would be a legal question. What if we have a sacred situation such that treatment isn't possible in the United States, but it has to be lived, and then a follow-up or determination of the situation. And therefore, there should be compliance versus compensation.
judges: McKeown, Friedland, Boulware